UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOSEPH SAM**                                                                                          **CIVIL ACTION**

**VERSUS**                                                                                                **NO. 06-2963**

**STATE OF LOUISIANA**                                                                      **SECTION "I"(2)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion for summary judgment (Rec. Doc. No. 15) filed by Joseph Sam be **DENIED**.

**IT IS FURTHER ORDERED** that the petition of Joseph Sam for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this   11th   day of January, 2007.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE